Deverie J. Christensen
Nevada State Bar No. 6596
Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com
Email: phillip.thompson@jacksonlewis.com
*Attorneys for Defendant*
*Bellagio, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO TORRES,<br><br>        Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada corporation,<br><br>        Defendant. | Case No. 2:17-cv-03114-JCM-VCF<br><br>**STIPULATED NOTICE OF SETTLEMENT AND REQUEST FOR STAY AND STATUS CHECK** |

      Plaintiff Antonio Torres and Defendant Bellagio, LLC, by and through their respective counsel, hereby file this Stipulated Notice of Settlement and Request for Stay and Status Check. The parties have reached a resolution of this matter subject to approval of the settlement agreement language and a third-party agreement, and respectfully request that the Court set a status check 60 days from the date of this filing, or as soon thereafter as is practicable. The agreement reached by the parties requires the cooperation of a third-party health and welfare fund, so the parties request up to 60 days to finalize settlement and dismiss this matter.

      The parties also request the Court to stay all pending deadlines in the Discovery Scheduling Plan and Order (ECF Nos. 21 and 27) (e.g., the deadline to file dispositive motions, deadline to file joint pretrial order, etc.), during the 60 day status check period. The parties wish to avoid incurring additional fees and costs complying with the pending deadlines while the parties prepare the

necessary settlement documents and dismissal.

Dated this 8th day of April, 2019.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria L. Neal* | */s/ Phillip C. Thompson* |
| James P. Kemp Bar, No. 6375 | Deverie J. Christensen, Bar No. 6596 |
| Victoria L. Neal, Bar No 13382 | Phillip C. Thompson, Bar No. 12114 |
| 7435 W. Azure Dr., Ste. 110 | 3800 Howard Hughes Parkway, Ste. 600 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Bellagio, LLC* |
| *Antonio Torres* | |

**ORDER**

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 PM, June 7, 2019, in Courtroom 3D.

**IT IS SO ORDERED.**

Dated: _____April 8_____, 2019.

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE