Deverie J. Christensen
Nevada State Bar No. 6596
Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  christensend@jacksonlewis.com
Email:  phillip.thompson@jacksonlewis.com
*Attorneys for Defendant*
*Bellagio, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO TORRES,<br><br>        Plaintiff,<br><br>     vs.<br><br>BELLAGIO, LLC, a Nevada corporation,<br><br>        Defendant. | Case No. 2:17-cv-03114-JCM-VCF<br><br>**STIPULATED REQUEST TO CONTINUE STATUS CHECK HEARING AND ORDER**<br><br>**(First Request)** |

Plaintiff Antonio Torres and Defendant Bellagio, LLC, by and through their respective counsel, file this Stipulated Request to Continue Status Check Hearing and Order.  A Status Check hearing is presently scheduled on Friday, July 12, 2019, at 10:00a.m.  (ECF No. 32)

The parties have been diligently working to complete the settlement agreement documents, which requires the cooperation of a third-party health and welfare fund.  The parties encountered unexpected delays in finalizing the settlement agreement documents with the health and welfare fund, due to technical fund computation processes, and anticipate finalizing a written agreement with the fund this week.  Thereafter, the parties need sufficient time to complete the settlement agreement process, payment process, and file a dismissal with prejudice, which the parties anticipate will take 30 days.

At the upcoming hearing, the parties would provide the Court with the foregoing update and request a 30-day continuance in order to complete the settlement process.  In the interest of avoiding

unnecessary time, expense, and commitment of judicial resources, the parties have agreed to provide the Court with this update and request a continuance of the status check hearing.

This is the first Stipulated Request to continue the status check, and is not made for the purpose of delay.

Dated this 10th day of July, 2019.

KEMP & KEMP                                          JACKSON LEWIS P.C.


/s/ Victoria L. Neal                                 /s/ Phillip C. Thompson
James P. Kemp Bar, No. 6375                          Deverie J. Christensen, Bar No. 6596
Victoria L. Neal, Bar No 13382                       Phillip C. Thompson, Bar No. 12114
7435 W. Azure Dr., Ste. 110                          300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89130                              Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                            *Attorneys for Defendant Bellagio, LLC*
*Antonio Torres*


## ORDER

**IT IS HEREBY ORDERED** that the Status Check Hearing is continued to:

10:00 AM, August 9, 2019, in Courtroom 3D                                   .

If the parties file dismissal documents prior to date of the Status Check Hearing, it will be vacated.

Dated: _____, 2019.
                         July 10

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

4822-7420-9180, v. 1