JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph/702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Antonio Torres*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO TORRES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada corporation;<br><br>　　　　　　Defendant. | Case No.: 2:17-cv-03114-JCM-VCF<br><br>**STIPULATED REQUEST TO CONTINUE STATUS CHECK HEARING AND ORDER**<br><br>**[SECOND REQUEST]** |

Plaintiff Antonio Torres and Defendant Bellagio, LLC, by and through their respective counsel, file this Stipulated Request to Continue Status Check Hearing and Order. A Status Check hearing is presently scheduled on Friday, September 13, 2019, at 2:00 p.m.

The parties have been diligently working to complete the settlement agreement documents, which require the cooperation of a third-party health and welfare fund. The parties have encountered unexpected delays in finalizing the settlement agreement documents with the health and welfare fund due to technical and complex fund computation processes. The parties have jointly participated in conversations with the health and welfare administrator to ensure that the correct computations are formulated which has an effect on other calculations within the settlement structure and the final

1

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

disbursement of settlement proceeds. The parties are finalizing the calculations this week, and anticipate executing the settlement agreement very shortly. T the parties also need sufficient time to complete the settlement agreement process, payment process, and file a dismissal with prejudice, which the parties anticipate will take 30 days.

At the upcoming hearing, the parties would provide the Court with the foregoing update and request a 30 day continuance in order to complete the settlement process. In the interest of avoiding unnecessary time, expense, and commitment of judicial resources, the parties have agreed to provide the Court with this update and request a continuance of the status check hearing.

This is the second Stipulated Request to continue the status check, and is not made for the purpose of delay.

Dated: September 11, 2019.

Respectfully submitted,

/s/ Victoria L. Neal
JAMES P. KEMP, ESQ.
VICTORIA L. NEAL, ESQ.
KEMP & KEMP

Attorneys for Plaintiff
ANTONIO TORRES

Respectfully submitted,

/s/ Deverie J. Christensen
DEVERIE J. CHRISTENSEN, ESQ.
PHILLIP C. THOMPSON, ESQ.
JACKSON LEWIS, P.C.

Attorney for Defendant
BELLAGIO, LLC

**ORDER**

**IT IS HEREBY ORDERED** that the Status Check Hearing is continued to: 10:00 AM, October 21, 2019, in Courtroom 3D.

If the parties file dismissal documents prior to date of the Status Check Hearing, it will be vacated.

Dated: September 11, 2019.

HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2