Deverie J. Christensen
Nevada State Bar No. 6596
Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com
Email: phillip.thompson@jacksonlewis.com
*Attorneys for Defendant*
*Bellagio, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO TORRES,<br><br>Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada corporation,<br><br>Defendant. | Case No. 2:17-cv-03114-JCM-VCF<br><br>**STIPULATED NOTICE OF EXECUTION OF SETTLEMENT AGREEMENTS WITH REQUEST TO CONTINUE STATUS CHECK HEARING AND ORDER**<br><br>**(Third Request)** |

Plaintiff Antonio Torres and Defendant Bellagio, LLC, by and through their respective counsel, file this Stipulated Notice of Execution of Settlement Agreements with Request to Continue Status Check Hearing and Order. A Status Check hearing is presently scheduled on Wednesday, January 15, 2020, at 11:00a.m. (ECF No. 41)

The parties have completed fully executed settlement agreements in this case. An agreement was fully executed by Defendant Bellagio, LLC and Unite Here Health (the Fund) on December 26, 2019, and an agreement was fully executed by Defendant Bellagio, LLC and Plaintiff Antonio Torres today, January 13, 2020. The settlement payments are due 30 days from today. Thereafter, the parties will file a dismissal with prejudice.

At the upcoming hearing, the parties would provide the Court with the foregoing update and request a 45-day continuance in order to complete the settlement payment process and file the

dismissal with prejudice. In the interest of avoiding unnecessary time, expense, and commitment of judicial resources, the parties have agreed to provide the Court with this update and request a continuance of the status check hearing.

This is the third Stipulated Request to continue the status check hearing and is not made for the purpose of delay.

Dated this 13th day of January 2020.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria L. Neal* <br> James P. Kemp Bar, No. 6375 <br> Victoria L. Neal, Bar No 13382 <br> 7435 W. Azure Dr., Ste. 110 <br> Las Vegas, Nevada 89130 <br> *Attorneys for Plaintiff* <br> *Antonio Torres* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Phillip C. Thompson, Bar No. 12114 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant Bellagio, LLC* |

**ORDER**

**IT IS HEREBY ORDERED** that the Status Check Hearing is continued to: 2:00 PM, March 2, 2020, Courtroom TBD. If the parties file dismissal documents prior to date of the Status Check Hearing, it will be vacated.

Dated: January 14, 2020.

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

4829-2740-1905, v. 1