```
 1  JAMES P. KEMP, ESQ.
    Nevada Bar No.: 6375
 2  VICTORIA L. NEAL, ESQ.
    Nevada Bar No.: 13382
 3  KEMP & KEMP
 4  7435 W. Azure Drive, Ste 110
    Las Vegas, NV  89130
 5  702-258-1183 ph/702-258-6983 fax
 6  jp@kemp-attorneys.com
    vneal@kemp-attorneys.com
 7
    Attorneys for Plaintiff
 8  Antonio Torres
```

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO TORRES, | ) |
| | ) Case No.: 2:17-cv-03114-JCM-VCF |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL WITH PREJUDICE** |
| BELLAGIO, LLC, a Nevada corporation; | ) |
| ROE Business Organizations I-X; and, DOE | ) |
| INDIVIDUALS I-X, Inclusive | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

…

…

…

…

…

…

…

1

…

respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: February 26, 2020

Respectfully submitted,                          Respectfully submitted,

*/s/ Victoria L. Neal*                           */s/ Deverie J. Christensen*
JAMES P. KEMP, ESQ.                              DEVERIE J. CHRISTENSEN, ESQ.
VICTORIA L. NEAL, ESQ.                           PHILLIP C. THOMPSON
KEMP & KEMP                                      JACKSON LEWIS, P.C.

Attorneys for Plaintiff                          Attorneys for Defendant
ANTONIO TORRES                                   BELLAGIO, LLC

**ORDER**

IT IS SO ORDERED.

Dated: February 27, 2020.

_____
UNITED STATES DISTRICT JUDGE

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

2